Conklin v. Burdick.

----

RUTH A. CONKLIN

v.

M. A. BURDICK.

ERROR WILL NOT ALWAYS REVERSE.—Although several erroneous instructions were given, yet this court is of opinion that substantial justice has been done, and affirms the judgment.

ERROR to the City Court of Alton; the Hon. H. S. BAKER, Judge, presiding. Opinion filed April 2, 1880.

Mr. J. H. YAGER, for plaintiff in error.

Mr. ALEXANDER W. HOPE, for defendant in error.

PER CURIAM. There can be no question that several erroneous instructions were given to the jury on the the trial of this cause. We think, however, upon a careful examination of all

the evidence in the record, substantial justice was done by the verdict of the jury, and that a different verdict could not, under the evidence, have been permitted to stand.

The judgment is therefore affirmed.

Judgment affirmed.